# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

STEPHANIE ADKINS and,
DOUGLAS SHORT, on behalf of themselves
and all others similarly situated,

          Plaintiffs,

v.                                CIVIL ACTION NO. 5:17-cv-04107

MIDLAND CREDIT MANAGEMENT, INC.,

          Defendant.

### ORDER

On March 29, 2021, the parties submitted a Joint Status Report [Doc. 139]. The parties request therein that the Court hold any further scheduling in abeyance for thirty days while they endeavor to reach a settlement. Pursuant thereto, the Court **SUSPENDS** the scheduling order and **RETIRES** the case to the inactive docket pending further order of the Court.

The Court directs the Clerk to transmit a copy of this order to counsel of record and to any unrepresented party.

ENTER: March 30, 2021



Frank W. Volk
United States District Judge