IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

**STEPHANIE ADKINS and**
**DOUGLAS SHORT,** on behalf
of themselves and all others
similarly situated,

   Plaintiffs,

v.    CIVIL ACTION NO. 5:17-cv-04107
     Judge Frank W. Volk

**MIDLAND CREDIT MANAGEMENT, INC.,**

   Defendant.

UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT
AND ENTRY OF SCHEDULING ORDER

By this unopposed motion, Plaintiffs Stephanie Adkins and Douglas Short, on behalf of the certified class, respectfully request that the Court enter an Order (1) preliminarily approving the Parties' proposed Settlement Agreement (the "Settlement Agreement") attached as Exhibit A; (2) appointing Plaintiffs as class representatives and Plaintiffs' counsel as class counsel; (3) approving the form and manner of class notice; (4) establishing a schedule to complete the tasks necessary to effectuate the proposed settlement; and (5) preliminarily enjoining all members of the Settlement Class from commencing, prosecuting, or maintaining any claims against Defendant Midland Credit Management, Inc., which has been or may have been asserted in, or encompassed by the Action as defined in the Settlement Agreement.

For the reasons set forth more particularly in the memorandum in support of this Motion, Plaintiffs respectfully request that the Court grant this Motion. Defendant has agreed to the proposed order of preliminary approval attached to this Motion, for settlement purposes only.

1

Respectfully Submitted,

*s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

- and -

Steven R. Broadwater, Jr. (WVSB # 11355)
HAMILTON, BURGESS,
YOUNG & POLLARD, P.L.L.C.
P.O. Box 959
Fayetteville, WV 25840

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Beckley Division

**STEPHANIE ADKINS and**
**DOUGLAS SHORT,** on behalf
of themselves and all others
similarly situated,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 5:17-cv-04107
　　　　　　　　　　　　　　　　　　　　　　Judge Frank W. Volk

**MIDLAND CREDIT MANAGEMENT, INC.,**

    Defendant.

## Certificate of Service

    I hereby certify that on this 8th day of September 2021, the foregoing **UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ENTRY OF SCHEDULING ORDER** was served upon counsel of record through the CM/ECF System, which will notify the following CM/ECF participants:

                        Jason E. Manning
                        Megan E. Burns
                        Troutman Sanders LLP
              222 Central Park Avenue, Suite 2000
                  Virginia Beach, Virginia 23462

                                        /s/ Jonathan R. Marshall
                                        Jonathan R. Marshall (WVSB #10580)