IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

**STEPHANIE ADKINS and**
**DOUGLAS SHORT**, on behalf
of themselves and all others
similarly situated,            PLAINTIFFS

v.                             CIVIL ACTION NO. 5:17-cv-04107
                               Judge Frank W. Volk

**MIDLAND CREDIT MANAGEMENT, INC.**,    DEFENDANT

### Agreed Proposed Order Approving Settlement Administrator

After a competitive bidding process, the Parties have jointly proposed that the Court approve their selection of David Epperly, MBA, CPA, ABV, CFF, CVA, of Epperly Re:Solutions of Charleston, West Virginia, as settlement administrator in this case. (ECF No. 150). The Court hereby **APPROVES** the selection of Mr. Epperly as settlement administrator.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record.

Entered: September 27, 2021



Frank W. Volk
United States District Judge

Prepared and submitted by,

s/ Patricia M. Kipnis
Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
(856) 324-8219
pkipnis@baileyglasser.com

Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
jmarshall@baileyglasser.com

- and-

Steven R. Broadwater, Jr. (WVSB # 11355)
Hamilton, Burgess, Young & Pollard, P.L.L.C.
P.O. Box 959
Fayetteville, WV 25840
(304) 574-2727
    *Counsel for Plaintiffs*

/s/ Jason E. Manning
Jason E. Manning, Esq. (WVSB # 11277)
Megan E. Burns, Esq. (WVSB # 13290)
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
E-mail: Jason.manning@troutman.com
E-mail: megan.burns@troutman.com
    *Counsel for Defendants*