# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# Beckley Division

**STEPHANIE ADKINS and**
**DOUGLAS SHORT,** on behalf
of themselves and all others
similarly situated,

    Plaintiffs,

v.                                             CIVIL ACTION NO. 5:17-cv-04107
                                                Judge Frank W. Volk

**MIDLAND CREDIT MANAGEMENT, INC.,**

    Defendant.

## MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS

Plaintiffs, by counsel, respectfully move this Court for final approval of the settlement reached by the Plaintiffs and Defendant in this case, for an award of attorneys' fees and costs, awarding the Settlement Administrator his fees and costs, and for service awards as preliminarily approved by this Court on September 14, 2021. Specifically, Plaintiffs respectfully request that the Court enter an Order:

(1) Pursuant to Fed. R. Civ. P. 23(e), granting final approval in all respects of the terms and provisions of the Class Settlement and Release Agreement ("Settlement Agreement"), which the Court preliminarily approved by Order entered on September 14, 2021 (ECF No. 149);

(2) Awarding Plaintiffs and Class Representatives Stephanie Adkins and Douglas Short each a service award of $10,000.00 in recognition of their service to the class;

(3) Awarding Class Counsel their attorneys' fees from the settlement fund in the amount of $331,666.67, which represents one-third of the settlement fund;

(4) Awarding Class Counsel their litigation expenses from the settlement fund in the amount of $10,881.17;

(5) Awarding the Class Administrator his administrative costs and fees from the settlement fund;

(6) Dismissing on the merits and with prejudice the class and individual claims in this action; and

(7) Retaining jurisdiction over this action for the purpose of interpretation and enforcement of the Settlement Agreement, including oversight of settlement administration and distribution of settlement funds.

Defendant does not oppose this motion. A proposed order granting final approval is attached. The Court has scheduled a final approval hearing for January 21, 2022.

WHEREFORE, Plaintiffs request that this Court grant this motion and enter a final order pursuant to the terms set forth above.

    Respectfully submitted,

    Plaintiffs,
    By Counsel.

*/s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jmarshall@baileyglasser.com
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

- and -

Steven R. Broadwater, Jr. (WVSB # 11355)
HAMILTON, BURGESS,
YOUNG & POLLARD, P.L.L.C.
P.O. Box 959
Fayetteville, WV 25840
(304) 574-2727

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Beckley Division

**STEPHANIE ADKINS and**
**DOUGLAS SHORT,** on behalf
of themselves and all others
similarly situated,

    Plaintiffs,

v.                                                    CIVIL ACTION NO. 5:17-cv-04107
                                                      Judge Frank W. Volk

**MIDLAND CREDIT MANAGEMENT, INC.,**

    Defendant.

## Certificate of Service

I hereby certify that on this 7th day of January 2022, the foregoing **MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS** was served upon counsel of record through the CM/ECF System, which will notify the following CM/ECF participants:

> Jason E. Manning
> Megan E. Burns
> Troutman Sanders LLP
> 222 Central Park Avenue, Suite 2000
> Virginia Beach, Virginia 23462

                                      /s/ Jonathan R. Marshall
                                      Jonathan R. Marshall (WVSB #10580)