# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

Date:   1/21/2022              Case Number  5:17-cv-04107

Case Style              Adkins vs. Midland Credit Management, Inc.

Type of hearing         Motion Hearing

Before the Honorable: 2517-Volk

Court Reporter          Lisa Cook                    Courtroom Deputy  Sydney Whittington

Attorney(s) for the Plaintiff or Government

Patricia Kipnis, Steven Broadwater

Attorney(s) for the Defendant(s)

Megan Burns

Law Clerk               Jordan McMinn

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|------------|-----------|------------------------|
| 11:13 AM | 11:22 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:09

## Courtroom Notes

Scheduled Start 11:00 a.m.
Actual Start 11:13 a.m.

Parties present for hearing on Plaintiffs' motion for final approval of settlement, attorney's fees and costs, and service awards (Document 153).
Counsel note appearances on the record.
Ms. Kipnis addresses the Court with supplemental information regarding settlement; Ms. Burns has nothing to add.
Court GRANTS the motion (Document 153); approves settlement.
Court recessed at 11:22 a.m.